**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No.4:05CR77SNL/AGF |
| | ) | |
| **SCOTT SALMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Having received no objections by the defendant,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Audrey G. Fleissig's Report and Recommendation (#94), filed May 23, 2005 is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that defendant Scott Salman's motion to suppress electronic evidence (#63) be and is **DENIED.**

Dated this  9th  day of June, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE